ANNE K. EDWARDS (SBN 110424)
aedwards@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

JOSEPH P. ESPOSITO (*admitted pro hac vice*)
WILLIAM E. POTTS, JR. (*admitted pro hac vice*)
TERENCE J. LYNAM (*admitted pro hac vice*)
jesposito@akingump.com
bpotts@akingump.com
tlynam@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: 202-887-4000
Facsimile: 202-887-4288

KENNETH R. HEITZ (SBN 53734)
BRUCE A. WESSEL (SBN 116734)
kheitz@irell.com
bwessel@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-277-1010
Facsimile: 310-203-7199

Attorneys for Defendants SLM
CORPORATION, SALLIE MAE, INC.
and SALLIE MAE SERVICING CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN CHAE, et al., <br>     Plaintiffs, <br> v. <br> SLM CORPORATION, et al., <br>     Defendants, <br> and <br> UNITED STATES OF AMERICA <br>     Intervenor-Plaintiff. | Case No. CV07-02319 R (RCx) <br><br> DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT <br><br> Assigned to the Hon. Manuel L. Real <br><br> Hearing Date: June 2, 2008 <br> Time: 10:00 a.m. <br> Location: Courtroom 8 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

2      PLEASE TAKE NOTICE THAT on Monday, June 2, 2008 at 10:00 a.m., in the
3  Courtroom of the Honorable Manuel L. Real, United States Judge, defendants SLM
4  Corporation, Sallie Mae, Inc., and Sallie Mae Servicing Corporation will and hereby do
5  move the Court for an order granting their Motion for Summary Judgment, on the
6  grounds that no genuine issue as to any material fact exists and that defendants are
7  entitled to judgment as a matter of law.

8      This motion is made pursuant to Federal Rule of Civil Procedure 56 and Local
9  Rule 56-1, and is based on this notice, the accompanying Defendants' Statement of
10 Uncontroverted Facts and Conclusions of Law and the Exhibits attached thereto, and
11 Defendants' Motion for Summary Judgment.

                        Respectfully Submitted,

                        By AKIN GUMP STRAUSS HAUER & FELD LLP

                        Joseph P. Esposito (*admitted pro hac vice*)
                        William E. Potts, Jr. (*admitted pro hac vice*)
                        1333 New Hampshire Avenue, N.W.
                        Washington, D.C. 20036
                        Phone: (202)887-4000

                        Anne Edwards (Bar No. 110424)
                        2029 Century Park East, Suite 2600
                        Los Angeles, CA 90067
                        Phone: (310) 229-1000

                            and

                        IRELL & MANELLA LLP
                        Kenneth Heitz (Bar No. 53734)
                        Bruce A. Wessel (Bar No. 116734)
                        1800 Avenue of the Stars
                        Suite 900
                        Los Angeles, CA 90067
                        Phone: (310) 203-7045

| | | |
|---|---|---|
| 1 | Date: May 12, 2008 | Attorneys for Defendants SLM Corporation, Sallie Mae, Inc., and Sallie Mae Servicing Corporation |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Notice of Motion for Summary Judgment was served electronically and by first class mail, this 12th day of May, 2008 on:

    Andrew N. Friedman, Esq.
    Victoria S. Nugent, Esq.
    Douglas J. McNamara, Esq.
    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
    1100 New York Avenue, NW
    West Tower, Suite 500
    Washington, DC  20005
    Tel:   (202) 408-4633
    Fax:   (202) 408-4699
    E-mail: dmcnamara@cmht.com

    William J. Genego, Esq.
    Vicki I. Podberesky, Esq.
    NASATIR, HIRSCH, PODBERESKY & GENEGO
    2115 Main Street
    Santa Monica, CA  90405
    Tel:   (310) 399-3259
    Fax:   (310) 392-9029
    E-mail: wgenego@gmail.com

    Michael D. Braun, Esq.
    BRAUN LAW GROUP, P.C.
    12304 Wilshire Boulevard - Suite 109
    Los Angeles, CA  90025
    Tel:   (310) 442-7755
    Fax:   (310) 442-7756
    E-mail: service@braunlawgroup.com

    Thomas P. O'Brien
    Leon W. Weidman
    Carla A. Ford
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA  90012

Tel:  (213) 894-3997
Fax:  (213) 894-7819
E-mail:  carla.ford@usdoj.gov

Robert E. Kirschman, Jr.
John Warshawsky
Christian J. Grostic
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Commercial Litigation Branch
Ben Franklin Station, P.O. Box 875
1100 L Street, N.W., Room 10134
Washington, D.C.  20044-0875
Tel:  (202) 307-0010
Fax:  (202) 305-4933
E-mail:  john.warshawsky@usdoj.gov

_William E. Potts, Jr._ [signature]
William E. Potts, Jr.