# EXHIBIT 5

```
                                                              Page 1
1            IN THE UNITED STATES DISTRICT COURT
2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
3    - - - - - - - - - - - - - - - - - --x
     ANN CHAE, WILLIAM J. COAKLEY, HOON:
4    KOO, and CARLOS A. PINEDA,         :
     individually and on behalf of all  :
5    other similarly situated,          :
              Plaintiffs,               :
6                                       :
          vs.                           : Civil Action No.
7                                       :
     SLM CORPORATION, SALLIE MAE, INC.  : CV07-02319 ER (MANx)
8    and SALLIE MAE SERVICING           :
     CORPORATION,                       :
9             Defendants.               :
     - - - - - - - - - - - - - - - - - -x
10                        Washington, D.C.
11              Wednesday, March 26, 2008
12       Videotaped Deposition of FRED MARINUCCI, a
13   witness herein, called for examination by counsel
14   for Plaintiff, in the above-entitled matter,
15   pursuant to notice, the witness being duly sworn
16   by OKEEMAH S. HENDERSON, LSR, a Notary Public in
17   and for the District of Columbia, taken at Cohen
18   Milstein Hausfeld & Toll, PLLC, 1100 New York
19   Avenue, N.W., Washington, D.C., at 9:39 a.m. and
20   proceedings being taken down by Stenotype by
21   OKEEMAH S. HENDERSON, LSR, and transcribed under
22   her direction.
23
24
25   HUDSON REPORTING & VIDEO           1-800-310-1769
```

```
 1    interpreting certain regulations to persons
 2    within the industry?
 3        A.    Yes.
 4        Q.    Is that a common part of your job?
 5        A.    Common enough depends on what need is
 6    perceived as arising based on what's happening
 7    in the industry or whether there's a
 8    congressional enactment that prompts the
 9    Department to want to do a dear colleague.
10        Q.    Do you know what the term simple
11    interest means with respect to FFELP loans?
12        A.    I believe I do.
13        Q.    Please, tell us.
14        A.    It means that the charging of
15    interest on the principal unpaid and outstanding
16    and not loan interest.
17        Q.    Is it your understanding that simple
18    interest is distinct from daily simple interest?
19        A.    No.  I was distinguishing compound
20    interest from simple interest.
21        Q.    I actually understood that.  I was
22    asking a different question.  Do you see a
23    distinction between simple interest and daily
24    simple interest?
25        A.    I don't.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
------------------------------------x
ANN CHAE, WILLIAM J. COAKLEY, HOON   :
KOO, and CARLOS A. PINEDA,           :
individually and on behalf of all    :
other similarly situated,            :
Plaintiffs,                          :
                                     :
vs.                                  :   Civil Action No.
                                     :
SLM CORPORATION, SALLIE MAE, INC.    :   CV07-02319 ER (MANx)
and SALLIE MAE SERVICING             :
CORPORATION,                         :
Defendants.                          :
------------------------------------x
```

ACKNOWLEDGMENT OF DEPONENT

I, FRED MARINUCCI, do hereby acknowledge that I have read and examined the foregoing pages of testimony, and the same is a true, correct and complete transcription of the testimony given by me, and any changes and/or corrections appear on the attached errata sheet signed by me.

Date  April 23, 2008                    _____
                                        FRED MARINUCCI

21

## ERRATA

I wish to make the following changes, for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 8 | 16 | Add "at" after "that" | Omitted word |
| 13 | 19 | Change "stated" to "a State or" | Incorrect transcription |
| 16 | 14 | Change "its" to "I was" | Incorrect transcription |
| 23 | 8 | Change "bear" to "bare" | Misspelling |
| 27 | 12 | Change "closed" to "close" | Incorrect transcription |
| 33 | 3 | Insert "of" after "series" | Omitted word |
| 35 | 25 | Change "jonners (phonetic)" to "genres" | Misspelling |
| 44 | 17 | Change "ladder" to "latter" | Misspelling |
| 46 | 8 | Change "seems" to "deems" | Incorrect transcription |
| 59 | 2 | Change "failed" to "FFEL" | Incorrect transcription |
| 77 | 5 | Change "perform" to "provide" | Incorrect transcription |
| 87 | 5 | Change "presimple" to "pretty simple" | Incorrect transcription |
| 95 | 15 | Insert "not" after "may" | Incorrect transcription |
| 96 | 1 | Change "timing" to "terms" | Incorrect transcription |
| 98 | 9 | Change "of" to "as" | Incorrect transcription |
| 102 | 18 | Change "Rasowitz" to "Reicin" | Misspelling |
| 115 | 19 | Change "sited" to "cited" | Misspelling |
| 117 | 19 | Change "site" to "cite" | Misspelling |
| 128 | 10 | Delete "don't" | Incorrect transcription |
| 129 | 3 | Change "no" to "know" | Incorrect transcription |

| | | | |
|---|---|---|---|
| 135 | 14 | Change "conferring" to "confirming" | Incorrect transcription |
| 142 | 22 | Add a period after "that" and capitalize the initial letter of "it's" | Incorrect transcription |
| 149 | 21 | Change "list" to "lest" | Incorrect transcription |
| 154 | 8 | Change "sited" to "cited" | Misspelling |
| 155 | 1 | Change "am" to "and" | Incorrect transcription |
| 158 | 4 | Change "tool" to "to" | Incorrect transcription |
| 181 | 4 | Change "battered" to "batted" | Incorrect transcription |
| 182 | 8 | Change "precedence" to "precedent" | Incorrect transcription |
| 182 | 16 | Change "of" to "or" | Incorrect transcription |

23