ANNE K. EDWARDS (SBN 110424)
aedwards@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:  310-229-1001

JOSEPH P. ESPOSITO (*admitted pro hac vice*)
WILLIAM E. POTTS, JR. (*admitted pro hac vice*)
jesposito@akingump.com
bpotts@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone:  202-887-4000
Facsimile:  202-887-4288

KENNETH R. HEITZ (SBN 53734)
BRUCE A. WESSEL (SBN 116734)
kheitz@irell.com
bwessel@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:  310-277-1010
Facsimile:  310-203-7199

Attorneys for Defendants SLM
CORPORATION, SALLIE MAE, INC.
and SALLIE MAE SERVICING CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN CHAE, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SLM CORPORATION, et al.,<br><br>　　　　Defendants,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Intervenor-Plaintiff. | Case No. CV07-02319 R (RCx)<br><br>DEFENDANTS' TRIAL WITNESS LIST<br><br>Assigned to the Hon. Manuel L. Real |

# DEFENDANTS' TRIAL WITNESS LIST

Pursuant to Local Rules 16-2.4 and 16-5, defendants SLM Corporation, Sallie Mae, Inc., and Sallie Mae Servicing Corporation[1] ("Sallie Mae") hereby designate the following individuals to serve as witnesses:

1. Gail Somerville – 12061 Bluemont Way, Reston, VA 20190, (703) 810-3000

2. Robert Sommer – 12061 Bluemont Way, Reston, VA 20190, (703) 810-3000

3. Cathy Eckerman – 11100 USA Parkway, Fishers, IN 46037, (317) 849-6510

4. Jonathan Kroehler – 11100 USA Parkway, Fishers, IN 46037, (317) 849-6510

5. Deborah Sather – 777 Twin Creek Drive, Killeen, TX 76543, (254) 554-4500

6. Saul Moskowitz – 1100 Wayne Avenue, Silver Spring, MD 20910, (301) 622-4260

7. Carla Hayn – 110 Westwood Plaza, Los Angeles, CA 90095, (310) 825-3271

8. Frederick D.S. Choi – 44 West 4th Street, New York, NY 10012
   (212) 998-0100

9. Itamar Simonson – Stanford University, Stanford, CA 94305, (650) 725-8981

---

[1] SLM Corporation is not a proper party to this case because it does not service loans and is merely a holding company that owns Sallie Mae, Inc. Sallie Mae Servicing Corporation is also not a proper party because it no longer exists, having been converted into another entity and merged into Sallie Mae, Inc.

1

10. Elizabeth A. Dean – 1 Market St., Suite 1200, San Francisco, CA 94105, (415) 356-7100

11. Fred Marinucci – 1990 K Street, NW, Washington, D.C. 20006

12. Daniel T. Madzelan – 6517 40th Ave., University Park, MD 20782

13. Ann Chae

14. Carlos Pineda

15. William Coakley

16. Hoon Koo

17. Department of Education 30(b)(6) witnesses

Defendants reserve the right to proffer witnesses who are identified or deposed during the remainder of the discovery period. In addition, defendants reserve the right to call any witnesses designated by the plaintiffs or intervenor-plaintiff as well as rebuttal and impeachment witnesses.

Respectfully submitted,

Joseph P. Esposito (*admitted pro hac vice*)
William E. Potts, Jr. (*admitted pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: (202)887-4000

| | |
|---|---|
| Date:  May 27, 2008 | Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Trial Witness List was served electronically and by first class mail, this 27th day of May, 2008 on:

Andrew N. Friedman, Esq.
Victoria S. Nugent, Esq.
Douglas J. McNamara, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Tel: (202) 408-4633
Fax: (202) 408-4699
E-mail: dmcnamara@cmht.com

William J. Genego, Esq.
Vicki I. Podberesky, Esq.
NASATIR, HIRSCH, PODBERESKY & GENEGO
2115 Main Street
Santa Monica, CA 90405
Tel: (310) 399-3259
Fax: (310) 392-9029
E-mail: wgenego@gmail.com

Michael D. Braun, Esq.
BRAUN LAW GROUP, P.C.
12304 Wilshire Boulevard - Suite 109
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756
E-mail: service@braunlawgroup.com

Thomas P. O'Brien
Leon W. Weidman
Carla A. Ford
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Tel: (213) 894-3997
Fax: (213) 894-7819

E-mail: carla.ford@usdoj.gov

Robert E. Kirschman, Jr.
John Warshawsky
Christian J. Grostic
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Commercial Litigation Branch
Ben Franklin Station, P.O. Box 875
1100 L Street, N.W., Room 10134
Washington, D.C. 20044-0875
Tel: (202) 307-0010
Fax: (202) 305-4933
E-mail: john.warshawsky@usdoj.gov

_____
William E. Potts, Jr.