ANNE K. EDWARDS (SBN 110424)              **ENTER**
aedwards@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:  310-229-1001

JOSEPH P. ESPOSITO (*admitted pro hac vice*)
WILLIAM E. POTTS, JR. (*admitted pro hac vice*)
jesposito@akingump.com
bpotts@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone:  202-887-4000
Facsimile:  202-887-4288

KENNETH R. HEITZ (SBN 53734)
BRUCE A. WESSEL (SBN 116734)
kheitz@irell.com
bwessel@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:  310-277-1010
Facsimile:  310-203-7199

Attorneys for Defendants SLM
CORPORATION, SALLIE MAE, INC.,
and SALLIE MAE SERVICING CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN CHAE, et al., | Case No. CV07-02319 R (RCx) |
| Plaintiffs, | **JUDGMENT BY COURT UNDER RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| SLM CORPORATION, et al., | |
| Defendants, | |
| and | Assigned to the Hon. Manuel L. Real |
| UNITED STATES OF AMERICA, | Date:  June 16, 2008 |
| Intervenor-Plaintiff. | Time:  10:00 a.m.<br>Place:  Courtroom 8 |

8022623

# JUDGMENT

On June 16, 2008, this Court granted the motion of defendants SLM Corporation, Sallie Mae, Inc., and Sallie Mae Servicing Corporation ("Sallie Mae") for summary judgment, made under Rule 56 of the Federal Rules of Civil Procedure, and ordered that judgment be entered for defendants against plaintiffs Ann Chae, William Coakley, Carlos Pineda, and Hoon Koo. The Order rendered moot plaintiffs' motion for partial summary judgment, plaintiffs' motion for class certification, and the motion for summary judgment filed by intervenor-plaintiff United States of America.

In accordance with that Order,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment shall be and hereby is entered in favor of the defendants Sallie Mae;
2. Plaintiffs shall take nothing from Sallie Mae; and
3. Plaintiffs' claims are dismissed in all respects with prejudice.

Dated: June 25, 2008

_____
The Honorable Manuel L. Real
United States District Judge

1